**Aracely De La Luz POLANCO–CHINCHILLA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–75270.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Garish Sarin, Esq., Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District, Counsel Department of Homeland Security, San Francisco, CA, Lisa M. Arnold, Michael P. Lindermann, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Aracely de la Luz Polanco–Chinchilla, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") order denying her motion to reconsider the IJ's order denying her motion to reopen to apply for suspension of deportation under the Nicaraguan Adjustment and Central American

Relief Act of 1997 ("NACARA"). We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir. 2005), and we grant the petition for review and remand.

At the time the IJ concluded that petitioner's motion to reopen was untimely she did not have the benefit of this court's decision in *Albillo–De Leon v. Gonzales,* 410 F.3d 1090, 1098 (9th Cir.2005), which holds that the September 11, 1998, deadline for filing for NACARA relief is subject to equitable tolling. We therefore remand, consistent with *INS v. Ventura,* 537 U.S. 12, 16–17, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam), so that the agency can determine whether or not equitable tolling is appropriate in this case. Because we remand on this threshold issue we do not consider petitioner's contention that she is not barred, under *Ordonez v. INS,* 345 F.3d 777, 783–84 (9th Cir.2003), from eligibility for NACARA benefits.

**PETITION FOR REVIEW GRANTED; REMANDED.**

**WANPING HUANG, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–74748.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 15, 2006.*

Decided May 22, 2006.

Wanping Huang, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Samantha S. Spangler, Esq., USSAC—Office of the U.S. Attorney, Sacramento, CA, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Wanping Huang, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' summary affirmance of an Immigration Judge's ("IJ") denial of his applications for asylum and withholding of removal and relief under the Convention Against Torture ("CAT"). We review for substantial evidence an adverse credibility determination. *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir.2001). We deny the petition.

Substantial evidence supports the IJ's adverse credibility determination based on a demeanor finding, an inconsistency between petitioner's application and testimony regarding his flight after his arrest, and an implausibility regarding his faith and arrest. *See id.* at 1043–45.

Because petitioner failed to demonstrate that he was eligible for asylum, it follows that he did not satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

Petitioner failed to raise the CAT claim in his opening brief and therefore waived this claim. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mario GARIBALDI–LOPEZ, Defendant—Appellant.**

No. 05–10544.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).